

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| CYNTHIA PAOLA BOWLES, | § | No. 08-23-00311-CV |
| Appellant, | § | Appeal from |
| v. | § | 365th District Court of |
| HAL FRANK BOWLES, | § | of Maverick County, Texas |
| Appellee. | § | (TC# 18-05-35711-MCVAJA) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse and render judgment declaring the QDRO void as a matter of law. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF APRIL 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.